**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-542**

---

In Re: RICHARD L. BAST,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-94-784-A, CA-95-531-A)

---

Submitted: June 21, 1996                    Decided: July 11, 1996

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Richard L. Bast, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard L. Bast has filed a petition for a writ of mandamus requesting that the court correct or vacate a number of prior decisions and recuse certain judges from hearing his appeals. Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is available only if there are no other means by which the relief sought could be granted, In re Beard, 811 F.2d 818, 827 (4th Cir. 1987), and may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Diaflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted).

We deny Bast's requests to correct or vacate prior decisions because mandamus may not be used as a substitute for appeal. We also deny Bast's requests to recuse the judges because he fails to allege an extrajudicial bias. See In re Beard, 811 F.2d 818, 827 (4th Cir. 1987). Accordingly, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2